Rel: January 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0114

James D. Gaston d/b/a Die-Mantic Tool v. Ron Hardy and Hardy Machinery, Inc. (Appeal from Madison Circuit Court: CV-22-901108).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Bryan, Mendheim, and Mitchell, JJ., concur.